**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**

| | | |
|---|---|---|
| HARDEE GIRL, INC., | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action No.: 1:16-cv-2481-SCJ |
| | : | |
| | : | |
| BELLEFIT, INC. | : | |
| | : | |
| Defendant | : | |
| | : | Jury Trial Demanded |

**PLAINTIFF HARDEE GIRL INC.'S ALTERNATIVE MOTION TO ALLOW LIMITED DISCOVERY ON THE ISSUE OF GEORGIA CONTACTS AND/OR TO STAY PENDING RESOLUTION OF S.D. CALIFORNIA MOTIONS**

NOW COMES, Plaintiff Hardee Girl Inc. ("Hardee Girl"), through its counsel, and for the reasons set forth in its Memorandum in Opposition to Defendant Bellefit Inc.'s ("Bellefit") Motion to Dismiss respectfully moves the Court in the alternative to allow Hardee Girl to conduct limited discovery on the limited issue of Bellefit's contacts in the State of Georgia , or in the alternative, that this Court stay this case pending the resolution of the motion to dismiss/transfer in the California action between the same parties.

1

Respectfully submitted this 19th day of August, 2016

        Law Offices of David Guldenschuh

By:   *David F. Guldenschuh*
      David F. Guldenschuh, Esq.
      GA Bar ID No.: 315175
      512 East First Street
      P.O. Box 3
      Rome, GA 30162-0003
      Tel: 706-295-0333
      Fax: 706-295-5550
      dfg@guldenschuhlaw.com

Ryder, Lu, Mazzeo & Konieczny LLC

    Frank A. Mazzeo, Esq.
    Beth Anne Powers, Esq.
    (*Pro Hac Vice* Motions Pending)
    808 Bethlehem Pike, Suite 200
    Colmar, PA 18915
    Tel: (215) 997-0248
    Fax: (215) 997-0266
    fmazzeo@ryderlu.com
    bpowers@ryderlu.com

    *Attorneys for Plaintiff*

## Certificate of Service

I hereby certify that on the date set forth below, a true and correct copy of the foregoing Alternative Motion for varying relief was served on the following by electronic filing:

Steven W. Hardy<br>
SIO Law Group<br>
3343 Peachtree Road NE, Suite 230<br>
Atlanta, GA  30326<br>
404-991-7304<br>
swhardy@siolaw.com

         Law Offices of David Guldenschuh

Date: August 19, 2016      By: *David F. Guldenschuh*
               David F. Guldenschuh, Esq.
               GA Bar ID No.:  315175
               512 East First Street
               P.O. Box 3
               Rome, GA  30162-0003
               Tel: 706-295-0333
               Fax: 706-295-5550
               dfg@guldenschuhlaw.com