## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| HARDEE GIRL, INC., | : | |
| Plaintiff | : | |
| v. | : | Civil Action No.: 1:16-cv-2481-SCJ |
| BELLEFIT, INC. | : | |
| Defendant | : | |
| | : | Jury Trial Demanded |

## ORDER GRANTING MOTION TO REOPEN CASE WHICH WAS ADMINISTRATIVELY CLOSED

This matter having become before the Court on Plaintiff's Motion to Reopen the Case Which Was Administratively Closed and the Court having considered the factspresented and relief requested; and good cause appearing therefore and upon dueand proper notice to all interested parties:

1. It is hereby ordered that the Motion to Reopen the Case Which Was Administratively Closed is GRANTED; and

2. It is hereby further ordered that this action shall be administratively reopened and that the Motion to Dismiss (Docket No. 11) and Motion for Discovery (Docket No. 14) shall be considered by this Court in due course.*

SO ORDERED this __21st__ day of __February__, 2017.

_s/Steve C. Jones_____
HONORABLE STEVE C. JONES
UNITED STATES DISTRICT JUDGE

*The motions shall be reopened by the Clerk as of the date of this Order.